UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL JUNIOR HURT,

        Plaintiff,                  Case no. 10-14736
                                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(3), has fully reviewed the record and pleadings in this matter, including Magistrate Judge R. Steven Whalen's January 6, 2012 Report and Recommendation, and Plaintiff's January 20, 2012 Objections. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Date: March 19, 2012

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 19, 2012, using the ECF system.

                                                          s/William Barkholz
                                                          Case Manager